JPML FORM 1A                             DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 313 -- IN RE TEXAS INSTRUMENTS INC. EMPLOYMENT PRACTICES LITIGATION

| Date | No. Code | |
|---|---|---|
| 7/6/77 | 1. | MOTION, BRIEF, CERT. OF SERVICE -- PLAINTIFF AUGUSTINE V. JALOMO |
| | | Suggested Transferee District - N.D. TEXAS |
| | | Suggested Transferee Judge - Judge Woodrow B. Seals |
| | | SEE CORRESPONDENCE RE NONCOMPLIANCE TO THE PANEL RULES |
| 7/18/77 | | APPEARANCES --RONALD D. DAUGHERTY, ESQ. for Augustine V. Jalomo |
| | | SUSAN R. VIA, ESQ. for EEOC and Louis Garcia |
| | | TIMOTHY E. KELLEY, ESQ for Harvey Turner |
| | | WAYNE S. BISHOP, ESQ. for Texas Instruments |
| | | EDWARD B. CLOUTMAN, III for William R. Morrow |
| 7/20/77 | 2 | AMENDED BRIEF -- MOVANT PLAINTIFF (For consideration of transfer of A-1 and A-2 only) w/cert. of service |
| 7/21/77 | | REQUEST FOR EXTENSION TO FILE -- TEXAS INSTRUMENTS -- GRANTED TO 7/29/77 |
| 7/29/77 | 3 | OPPOSITION TO MOTION FOR TRANSFER, BRIEF -- Texas Instruments Inc. w/cert. of svc. |
| 8/26/77 | | HEARING ORDER -- Setting A-1 and A-2 for hearing, September 30, 1977 Boston, Massachusetts. |
| 9/29/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Jalomo |
| 12/5/77 | | OPINION AND ORDER -- Denying transfer of A-1 and A-2 under 28 U.S.C. §1407 (emh) |

DOCKET NO. 313 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TEXAS INSTRUMENTS INC. EMPLOYMENT PRACTICES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 9/30/77

Consolidation Ordered _____    Consolidation Denied 12/5/77

Opinion and/or Order 12/5/77

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Augustine V. Jalomo v. Texas Instruments, Inc. | S.D.Tex Cowan | 76-H-1119 | | | | 12/5/77 |
| A-2 | Equal Employment Opportunity Commission v. Texas Instruments Inc. | N.D.Tex Higginbotham | CA3-75-1093-G | | | | 12/5/77 |
| A-3 | Louis Garcia v. Texas Instruments Inc. | N.D.Tex | CA3-76-849-G | | | DISM. 3/29/77 | |
| A-4 | Mark D. Goff v. Texas Instruments, Inc. | N.D.Tex | CA3-75-1439-D | | | DISM. 4/22/77 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 313 -- IN RE TEXAS INSTRUMENTS INC. EMPLOYMENT PRACTICES LITIGATION

| | |
|---|---|
| AUGUSTINE V. JALOMO (A-1)<br>Ronald D. Daugherty, Esquire<br>Barlow, Lacy, Smith & Pollard<br>17100 El Camino Real<br>Houston, Texas 77058<br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>  COMMISSION (A-2)<br>LOUIS GARCIA (A-3)<br>Susan R. Via, Esquire<br>Denver Regional Office<br>  of General Counsel<br>Equal Employment Opportunity<br>  Commission<br>1531 Stout St.<br>Sixth Floor<br>Denver, Colorado 80202<br><br>MARK D. GOFF (A-4)<br>H. Camel Zachary, Esquire<br>3900 First National Bank<br>  Bldg.<br>Dallas, Texas 75202<br><br>HARVEY TURNER<br>Timothy E. Kelley, Esquire<br>8333 Douglas<br>Suite 660<br>Dallas, Texas 75225<br><br>TEXAS INSTRUMENTS INC.<br>Wayne S. Bishop, Esquire<br>Akin, Gump, Hauer & Feld<br>1100 Madison Office Bldg.<br>1155 15th Street, N.W.<br>Washington, D.C. 20005 | WILLIAM R. MORROW, ET AL.<br>Edward B. Cloutman, III, Esquire<br>Mullinax, Wells, Mauzy & Baab, Inc.<br>8204 Elmbrook Drive, Suite 200<br>Dallas, Texas 75247 |